James A. Dumas (CSB 76824) *Admitted Pro Hac Vice*
DUMAS & ASSOCIATES
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010
Tel.: (213) 368-5000
Fax: (213) 368-5009
Email: jdumas@dumas-law.com; ckim@dumas-law.com
*Attorneys for MFGPC, Inc., Defendant & Cross complainant*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company,<br><br>   Plaintiff<br>v.<br>MFGPC, INC., a California corporation,<br><br>   Defendants. | |
| MFGPC, INC., a California corporation<br><br>   Cross-Complainant,<br>vs.<br><br>MRS. FIELDS FAMOUS BRANDS, LLC, a Delaware limited liability company,<br>dba FAMOUS BRANDS, INTERNATIONAL; MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company; MRS. FIELDS CONFECTIONS, LLC, a Delaware limited liability company,<br><br>   Cross-Defendants. | **NOTICE OF ERRATA TO FIRST AMENDED COUNTERCLAIM AND CROSS-CLAIMS**<br><br>Civil No.   2:15-cv-00094-BCW<br><br>Judge   Dee Benson |

    PLEASE TAKE NOTICE that Exhibits A & B were inadvertently left out of the filing on May 14, 2015 of the First Amended Counterclaim and Cross-Claims. Now included is a true and correct copy of the executed License Agreement that is attached hereto as **Exhibit A** and a true

1

and correct copy of Mr. Samet's letter of December 22, 2014 (the "Samet Letter"), is attached hereto as **Exhibit B.**

Dated this 22nd day of July 2015.

                                    LAW OFFICES OF DUMAS & ASSOCIATES

                                    /s/ James A. Dumas, Jr.
                                    James A. Dumas
                                    *Attorney for MFGPC, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing NOTICE OF ERRATA TO FIRST AMENDED COUNTERCLAIM AND CROSS-CLAIMS was electronically filed on the date first above written thereby served upon the parties identified in the Court's CM/ECT system report on the 22th day of July, 2015.

                                    /s/ James A. Dumas, Jr.
                                    James A. Dumas
                                    *Attorney for MFGPC, LLC*