# EXHIBIT "B"

# EXHIBIT "B"

# STORCH AMINI & MUNVES PC
A New York Professional Corporation

Avery Samet
Member NY Bar

e-mail: asamet@samlegal.com
direct: 212.497.8239

December 22, 2014

**VIA OVERNIGHT MAIL**

Christopher Lindley
MFGPC, Inc.
27281 Las Rambles, Suite 200
Mission Viejo, CA 92691

Christopher Lindley
MFGPC, Inc.
25108 Marguerite Parkway
Suite A-213
Mission Viejo, CA 92692

Re: Trademark License Agreement between Mrs. Fields and LHF, Inc., dated April 30, 2003 and Assigned to MFGPC, Inc. effective as of June 30, 2003

Dear Mr. Lindley:

We represent Mrs. Fields Franchising, LLC ("Mrs. Fields"). Our records indicate that MFGPC, Inc. ("MFGPC") has paid royalties of merely $5,206.22 since the fourth quarter of 2011 and no payments whatsoever since the third quarter of 2012. Pursuant to section 6(a) of the above-referenced agreement, MFGPC was required to pay Mrs. Fields a Guaranteed Royalty of $100,000 a year.

Pursuant to Section 16 of the above-referenced agreement (the "Agreement"), the Agreement would not automatically renew at the conclusion of its five-year term in 2012 if, among other things, MFPGC had failed to remit its Guaranteed Royalty to Mrs. Fields. Because of MFGPC's failure to do so, the Agreement did not renew, the license terminated and MFGPC lost any right to use the Mrs. Fields mark or to represent itself as a licensee of Mrs. Fields.

To the extent that MFGPC claims that the Agreement did renew, notwithstanding the failure to pay Guaranteed Royalties, the Agreement is hereby terminated pursuant to Section 16(b)(ii) for MFGPC's failure to pay Guaranteed Royalties for periods beyond July 2012.

2 Grand Central Tower • 140 East 45th Street • 25th Floor • New York • NY 10017
main: 212.490.4100 • fax: 212.490.4208 • www.samlegal.com

50

Mr. Christopher Lindley
December 22, 2014
Page 2

Finally, Mrs. Fields demands payment in full of all unpaid royalties, including Guaranteed Royalties, plus contractually mandated interest at the Royalty Default Rate. Nothing herein is intended to waive any rights or remedies belonging to Mrs. Fields or to waive any other pending default.

Very truly yours,

Avery Samet