FILED
United States Court of Appeals
Tenth Circuit

**March 28, 2017**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company,

    Plaintiff Counter Defendant - Appellee,

v.

MFGPC, a California corporation,

    Defendant Counterclaimant Cross Claimant - Appellant,

v.

MRS. FIELDS FAMOUS BRANDS, LLC, a/k/a Famous Brands International; MRS. FIELDS CONFECTIONS, a Delaware limited liability company,

    Cross Defendants - Appellees.

No. 16-4144
(D.C. No. 2:15-CV-00094-DB)
(D. Utah)

_____

**ORDER**
_____

Before **MATHESON, O'BRIEN**, and **MORITZ**, Circuit Judges.
_____

    Judgment debtor MFGPC, Inc. moved for a stay of execution of the district court's judgment. By order filed on January 26, 2017, this court granted a temporary stay pending briefing on the motion. On March 10, 2017, the district court entered a written order sua sponte reconsidering its denial of a stay and entering a stay of execution.

Accordingly, MFGPC has received the relief it requested and the motion submitted to this court is moot. The temporary stay entered on January 26, 2017, is vacated, MFGPC's motion to dismiss its stay motion is granted, and the stay motion is dismissed as moot.

                                              Entered for the Court

                                              ELISABETH A. SHUMAKER, Clerk