Rod N. Andreason, (Bar No. 8853)
**KIRTON | MCCONKIE**
400 Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
Telephone: (801) 328-3600
Email: *randreason@kmclaw.com*

Bijan Amini (NY #1989052),
*Admitted Pro Hac Vice*
Avery Samet (NY #4345965)
*Admitted Pro Hac Vice*
**AMINI LLC**
131 West 35th Street, 12th Floor
New York, New York 10001
Telephone: (212) 490-4700
Fax: (212) 490-4208
Email: bamini@aminillc.com
asamet@aminillc.com

*Attorneys for Counterclaim Defendants Mrs. Fields Franchising, LLC and Mrs. Fields Famous Brands, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>MFGPC, INC., a California corporation,<br><br>　　Defendant and Counterclaimant,<br><br>*and*<br><br>MRS. FIELDS FAMOUS BRANDS, LLC, a Delaware limited liability company, dba Famous Brands International; and PERFECT SNAX PRIME LLC, a Delaware limited liability company,<br><br>　　Counterclaim Defendants. | **MFF'S RESPONSE TO AFFIDAVIT OF BRIAN M. ROTHSCHILD OF FEES AND EXPENSES INCURRED IN BRINGING MFGPC'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br><br>Case No. 2:15-cv-00094-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Counterclaim Defendants ("Mrs. Fields") hereby submit this Response to the Affidavit of Brian M. Rothschild of Fees and Expenses Incurred in Bringing MFGPC's Motion to Compel Responses to Discovery Requests, Dkt. 258 ("Affidavit").

## **RESPONSE**

Mrs. Fields believes that the hourly rate for attorney fees sought in the Affidavit is excessive and not fair, reasonable, or commensurate with the experience of the attorney who worked in this matter in accordance with standard local rates, nor does the affiant so testify (despite such testimony comprising part of the standard practice for such affidavits in this jurisdiction). However, due to the relatively small amount of attorney fees involved in this particular discovery dispute, Mrs. Fields is not formally objecting to that hourly rate in reference to the Affidavit. Nevertheless, Mrs. Fields reserves the right to make such an objection in response to any future requests for attorney fees by MFGPC, Inc. in this matter.

DATED this 12th day of August, 2020
**KIRTON | McCONKIE**

By:   /s/ Rod N. Andreason_____
Rod N. Andreason
*Attorneys for Mrs. Fields Franchising, LLC and Mrs. Fields Famous Brands LLC*

Bijan Amini, Esq. (Admitted Pro Hac Vice)
Avery Samet, Esq. (Admitted Pro Hac Vice)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2020, a true and correct copy of the foregoing **MFF'S RESPONSE TO AFFIDAVIT OF BRIAN M. ROTHSCHILD OF FEES AND EXPENSES INCURRED IN BRINGING MFGPC'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS** was served on the following in the manner indicated below:

| | |
|---|---|
| Brian M. Rothschild | [ ] U.S. Mail, Postage Prepaid |
| **Parsons Behle & Latimer** | [ ] Hand Delivered |
| 201 South Main Street, Suite 1800 | [ ] Overnight Mail |
| Salt Lake City, UT 8411 | [ ] Facsimile |
| brothschild@parsonsbehle.com | [ X] E-mail/ECF |

   /s/Meggan Day

4842-3991-9047