IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MRS. FIELDS FRANCHISING, LLC, a Delaware limited liability company,,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>MFGPC, INC., a California corporation,,<br><br>Defendant and Counterclaimant. | ORDER REGARDING FEES<br><br>Case No. 2:15-cv-00094-DAK-DBP<br><br>District Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

On June 30, 2020, the court granted MFGPC's request for fees. (ECF No. 256.) MFGPC has filed an affidavit and Mrs. Fields Franchising, LLC has filed a response. Mrs. Fields objects to the hourly rate for the attorney fees sought as "excessive and not fair, reasonable, or commensurate with the experience of the attorney who worked" on the motion. Response p. 2, ECF No. 259. Mrs. Fields also notes that the affiant fails to testify regarding these concerns in the affidavit, which is standard practice in this jurisdiction. Yet, because of the relatively small amount of attorney fees in this particular dispute, "Mrs. Fields is not formally objecting to that hourly rate in reference to the Affidavit." *Id.*

The court therefore awards the amount sought of $7,579.50.

IT IS SO ORDERED.

DATED this 3 September 2020.

_____
Dustin B. Pead
United States Magistrate Judge